United States District Court
Southern District of Texas
**ENTERED**
August 20, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> MO' AYAD AL ZAYED TRADING EST., and MO' AYAD FAWZI AL ZAYED, individually and collectively d/b/a Tiger International Company, and SHENZHEN TIGER STAR ELECTRONICAL CO., LTD., a/k/a Shenzhen Tiger Star Co., Ltd., and LIU FANGFANG, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § Civil Action No. 4:17-cv-03909 |

## Order Amending Contempt Order

This Matter is before the Court on Plaintiff DISH Network L.L.C.'s ("DISH") Motion to Amend Contempt Order (Dkt 32). DISH seeks to amend the Court's March 12, 2019 Contempt Order (Dkt. 29) to specifically identify new domains Defendants are using to violate the Permanent Injunction and Contempt Order, and that VeriSign, Inc. and relevant registries and registrars are to disable and transfer to a registrar selected by DISH. Good cause appearing, the Court **GRANTS** the motion.

The Court hereby **ORDERS**:

VeriSign, Inc. and any relevant registries and registrars to (i) make the websites and any other content located at the tigersatint.com, rediptv1.com, rednetapp.net, rnetcontents.com, rnetapp.net, tigeriptv.net, redrediptv.com,

rnetservices.net, 1a7.me, 2d1.biz, 7a2.me, 1a9.me, 7a2.co, red-tigerbox.com, tigerbox.net, and tigerbox.co domain names inaccessible to the public; (ii) transfer the domain names to DISH, including changing the registrar of record to the registrar selected by DISH at DISH's reasonable expense; and (iii) after the transfer, reenable the domain names so that DISH may fully control and use the domain names.

All portions of this Court's March 12, 2019 Contempt Order (Dkt. 29) remain in full force and effect.

It is so ORDERED.

SIGNED on this 20 day of August, 2019.

David Hittner
United States District Judge